RUTH A. E. LINDQUIST FRANZEN, Respondent, v. JOSEPH DANZIGER, Appellant.— In an action for malicious prosecution, judgment entered in favor of plaintiff on a verdict for $3,000 reversed on the facts and a new trial granted, costs to appellant to abide the event, unless within ten days from the entry of the order hereon plaintiff stipulate to reduce to $2,000 the amount of the verdict; in which event the judgment as so reduced is unanimously affirmed, without costs. We are of the opinion that the verdict was excessive. Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.

DELOROUS HICKS and CHESTER HICKS, Respondents, v. STEEPLECHASE AMUSEMENT CO., INC., Appellant. (Appeal No. 1.) — Order denying defendant's motion for an order setting aside the verdict, vacating the judgment, and granting a new trial, reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. In the interest of substantial justice there should be a new trial. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.

FLORENCE S. LEVINE, Appellant, v. MICHAEL LEVINE, Respondent.— Order denying plaintiff's motion for alimony *pendente lite* and counsel fees and for other relief affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.

PARK CIRCLE TENNIS COURTS, INC., Appellant, v. LONG ISLAND STORAGE WAREHOUSES, INC., Respondent.— Action to recover damages alleged to have been sustained by reason of a breach of a covenant of quiet enjoyment contained in a written lease made by and between the defendant, as landlord, and the plaintiff, as tenant. Order in so far as it denies plaintiff's motion to strike out the affirmative defenses contained in defendant's answer reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. (*Ganz* v. *Clark*, 252 N. Y. 92.) Order granting in part and denying in part plaintiff's motion to vacate or modify defendant's demand for a bill of particulars modified by striking out paragraph numbered 5 of the order and by striking from paragraph numbered 2 the words " actual rental value of the demised premises for the unexpired term of the lease " and substituting the words " value of the unexpired lease." As so modified, the order is affirmed, without costs. The bill of particulars will be served within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFRED SCHWERKE, Appellant.— Judgment by a city magistrate, sitting as a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of driving an automobile while intoxicated, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.